LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento (also erroneously sued herein as Sacramento County Sheriff's Department) and Lou Blanas

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, REPRESENTATIVE; DWAYNELA' Ta'SHAY ZACHARY THOMAS; AUGUSTINE ZACHARY; SHAMIKA THOMAS; AILEEN ELDORA ZACHARY; DWAYNE ZACHARY; LARRY MARTWAINE ZACHARY; JOSHUA CLEARANCE ZACHARY<br><br>   Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as SACRAMENTO COUNTY SHERIFF; SACRAMENTO POLICE DEPARTMENT; ALBERT NAJERA, individually and in his official capacity as CHIEF OF POLICE OF THE CITY OF SACRAMENTO; SACRAMENTO SHERIFF OFFICERS DOES 1-49; SACRAMENTO POLICE OFFICES DOES 50-99; and ADDITIONAL DOES 100-150, inclusive,<br><br>   Defendants. | CASE NO. 2:06-cv-1652 MCE PAN<br><br>**REQUEST AND STIPULATION FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT AND ORDER** |

    The current deadline for the parties to file a Joint Status Report is April 2, 2007. The parties request an extension of time for thirty days to file a Joint Status Report. On February 16, 2007, defendants County of Sacramento and Sheriff Lou Blanas ("the County") answered

1  plaintiffs' First Amended Complaint. On February 21, 2007, defendants City of Sacramento and
2  Chief Najera ("the City") filed an amended motion to dismiss. The City has been discussing
3  with plaintiffs' counsel the issues raised in the City's amended motion to dismiss. In an attempt
4  to resolve those issues, plaintiffs filed a Second Amended Complaint on March 23, 2007.
5  However, the filing of the Second Amended Complaint did not resolve the issues the City had
6  with the First Amended Complaint. While the City withdrew its' amended motion to dismiss, it
7  still is attempting to resolve the issues with the First Amended Complaint with plaintiffs.

8      Additionally, since defendant County had already answered plaintiffs' First Amended
9  Complaint, plaintiffs were required pursuant to the Federal Rules of Civil Procedure, Rule 15 to
10 obtain the County's written consent or seek leave from the court to file the Second Amended
11 Complaint. Prior to filing the Second Amended Complaint, plaintiffs did not do so. On March
12 26, 2007, plaintiffs asked the County to stipulate to the filing of the Second Amended
13 Complaint. The County and plaintiffs are currently attempting to resolve this issue.

14     IT IS HEREBY STIPULATED between the parties that the deadline of April 2, 2007 to
15 file a Joint Status Report be extended for thirty days until the parties resolve the foregoing
16 issues.

17 Dated: March ___, 2007        LAW OFFICES OF CHARLES A. BONNER

18                                         By:_____
19                                             CHARLES A. BONNER
                                            CHERYL DOROTHY BOSSIO
20                                             CATHERINE LAGARDE
                                            Attorneys for Plaintiffs

21 Dated: March ___, 2007        LONGYEAR, O'DEA & LAVRA, LLP

22                                         By:_____
                                            VAN LONGYEAR

23

24

25

26

27

28

|   |   |
|---|---|
|   | JENNIFER MARQUEZ<br>Attorneys for Defendants,<br>County of Sacramento and Sheriff Lou Blanas |
| Dated: March ___, 2007 | CITY OF SACRAMENTO<br><br>By:_____<br>EILEEN M. TEICHERT<br>SHERI CHAPMAN<br>Attorneys for Defendants,<br>City of Sacramento and Chief Najera |

    IT IS SO ORDERED.

Dated: April 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE