EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Sr. Deputy City Attorney (SBN 215775)**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2604
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO and
CHIEF NÁJERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DWAYNE ZACHARY, et al., | Case No.:  2:06-CV-01652-MCE-PAN |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS** |
| vs. | **(FED. R. CIV. P. Rule 41)** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

It is hereby stipulated by and between Plaintiffs ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, Estate Representative, DWAYNELA ZACHARY, AUGUSTINE ZACHARY, SHAMIKA THOMAS, KYANNA SMITH, AILEEN ELDORA ZACHARY, DWAYNE ZACHARY, LARRY MARTWAINE ZACHARY, and JOSHUA CLEARANCE ZACHARY, and Defendants CITY OF SACRAMENTO and CHIEF NÁJERA and Defendants LOU BLANAS, COUNTY OF SACRAMENTO, SACRAMENTO SHERIFFS DEPARTMENT, BRETT SPAID, CRAIG HARMON. MATTHEW TALLMAN, KEVIN JORDAN, BRENT JARVIS, REBECCA PURDY, ANDREW CROLEY, BILL MYERS, JEREMY DAY, DONALD VAGT and KENNETH WIGHT, by and through their respective counsel of record, that each of the claims alleged against Defendants CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT and CHIEF ALBERT NÁJERA in the above captioned action, shall be dismissed with prejudice.  It is

1 | further stipulated that each side is to bear their own costs and attorney's fees.

2 | IT IS SO STIPULATED.

3 | DATED: _____, 2007         By:_____
4 |         CHERYL BOSSIO, Bossio & Associates
        CHARLES BONNER, Law Offices of Bonner & Bonner

Attorneys for Plaintiffs ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, Estate Representative, DWAYNELA ZACHARY, AUGUSTINE ZACHARY, SHAMIKA THOMAS, KYANNA SMITH, AILEEN ELDORA ZACHARY, DWAYNE ZACHARY, LARRY MARTWAINE ZACHARY, and JOSHUA CLEARANCE ZACHARY

DATED: _____, 2007         EILEEN M. TEICHERT,
City Attorney

By:_____
CHANCE L. TRIMM
Sr. Deputy City Attorney

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT and CHIEF NÁJERA

1  DATED: _____, 2007     By:_____
2                                       DAYTON VAN VRANKEN LONGYEAR
                                        JENNIFER MARQUEZ
3                                       Longyear O'Dea and Lavra, LLP

4                                       Attorneys for Defendants
                                        LOU BLANAS, COUNTY OF
5                                       SACRAMENTO, SACRAMENTO SHERIFFS
                                        DEPARTMENT, BRETT SPAID, CRAIG
6                                       HARMON. MATTHEW TALLMAN, KEVIN
                                        JORDAN, BRENT JARVIS, REBECCA
7                                       PURDY, ANDREW CROLEY, BILL MYERS,
                                        JEREMY DAY, DONALD VAGT and
8                                       KENNETH WIGHT

9     **IT IS SO ORDERED**

10

11 DATED: January 4, 2008

12                                      _____
13                                      MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE