1  CHARLES A. BONNER SBN 85413
   **LAW OFFICES OF BONNER & BONNER**
2  1913 BRIDGEWAY
   SAUSALITO, CA 94965
3  (415) 331-3070 Telephone
   (415) 331-2738 Facsimile
4
   CHERYL D. BOSSIO SBN 158290
5  **BOSSIO & ASSOCIATES**
   A Professional Law Corporation
6  4000 BRIDGEWAY SUITE 105
   SAUSALITO, CALIFORNIA 94965
7  (415) 331-6363 Telephone
   (415) 331-6364 Facsimile
8
   ATTORNEYS FOR PLAINTIFFS
9

10                     UNITED STATES DISTRICT COURT

11              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 ESTATE OF DWAYNE ZACHARY,        )   CASE NO. CIV. S-06-1652 MCE PAN
   LINDA LAMPKIN, REPRESENTATIVE;   )
14 DWAYNELA' Ta'SHAY ZACHARY        )
   THOMAS; AUGUSTINE ZACHARY;       )   **NOTICE TO WITHDRAW AS**
15 SHAMIKA THOMAS; AILEEN ELDORA    )   **COUNSEL OF RECORD**
   ZACHARY; DWAYNE ZACHARY;         )
16 LARRY MARTWAINE ZACHARY;         )
   JOSHUA CLEARANCE ZACHARY         )
17                                  )
              Plaintiffs,           )
18                                  )
   vs.                              )
19                                  )
   COUNTY OF SACRAMENTO; CITY OF    )
20 SACRAMENTO; SACRAMENTO           )
   COUNTY SHERIFF'S DEPARTMENT;     )
21 LOU BLANAS, individually and in his )
   official capacity as SACRAMENTO  )
22 COUNTY SHERIFF; SACRAMENTO       )
   POLICE DEPARTMENT; ALBERT        )
23 NAJERA, individually and in his official )
   capacity as CHIEF OF POLICE OF THE )
24 CITY OF SACRAMENTO;              )
   SACRAMENTO SHERIFF OFFICERS      )
25 DOES 1-49; SACRAMENTO POLICE     )
   OFFICES DOES 50-99; and          )
26 ADDITIONAL DOES 100-150, inclusive, )
                                    )
27            Defendants.           )
                                    )
28 _____

   //

CHERYL D. BOSSIO, ESQ., and the law offices of BOSSIO & ASSOCIATES hereby withdraw as one of the law firms and counsels of record for PLAINTIFFS. Attorney CHARLES A. BONNER and the Law Offices of BONNER & BONNER continue to represent PLAINTIFFS in the above-referenced matter.

Dated: September 1, 2008         **BOSSIO & ASSOCIATES**
                                 A Professional Law Corporation


                                 By:   /CHERYL D. BOSSIO/
                                       CHERYL D. BOSSIO

CHERYL D. BOSSIO and the law offices of BOSSIO & ASSOCIATES shall be removed from law firm proofs of service in this matter, as well as the Court's proof of service and PACER information.

**IT IS SO ORDERED**.

Dated:  September 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE