LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento (also erroneously sued herein as Sacramento County Sheriff's Department); Lou Blanas, individually and as Sacramento County Sheriff; Sacramento Sheriff Officers Brett Spaid, Craig Harmon, Matthew Tallman, Kevin Jordan, Brent Jarvis, Rebecca Purdy, Andrew Croley; Lt Bill Myers; Jeremy Day; Donald Vagt; and Kenneth Wight

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, REPRESENTATIVE; DWAYNELA' Ta'SHAY ZACHARY THOMAS; AUGUSTINE ZACHARY; SHAMIKA THOMAS; AILEEN ELDORA ZACHARY; DWAYNE ZACHARY; LARRY MARTWAINE ZACHARY; JOSHUA CLEARANCE ZACHARY<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as SACRAMENTO COUNTY SHERIFF; SACRAMENTO POLICE DEPARTMENT; ALBERT NAJERA, individually and in his official capacity as CHIEF OF POLICE OF THE CITY OF SACRAMENTO; SACRAMENTO SHERIFF OFFICERS DOES 1-49; SACRAMENTO POLICE OFFICES DOES 50-99; and ADDITIONAL DOES 100-150, inclusive,<br><br>Defendants. | No. 2:06-cv-01652 MCE PAN<br><br>**STIPULATION REGARDING NON-EXPERT DISCOVERY DEADLINE AND ORDER** |

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1      IT IS HEREBY STIPULATED between the Plaintiffs, Estate of Dwayne Zachary, Linda
Lampkin, Representative; Dwaynela' Ta'shay Zachary Thomas; Augustine Zachary; Shamika
Thomas; Aileen Eldora Zachary; Dwayne Zachary; Larry Martwaine Zachary; Joshua Clearance
Zachary, by and through their attorney of record, Cabral Bonner of The Law Offices of Bonner
& Bonner, and Defendants,County of Sacramento (also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas, individually and as Sacramento County Sheriff;
Sacramento Sheriff's Officers Brett Spaid, Craig Harmon, Matthew Tallman, Kevin Jordan,
Brent Jarvis, Rebecca Purdy, Andrew Croley; Lt. Bill Myers; Jeremy Day; Donald Vagt; and
Kenneth Wight, by and through their attorney of record, Jennifer Marquez, of Longyear O'Dea
& Lavra, LLP, that due to the limited availability of defense counsel in the month of November
because of several previously scheduled depositions in two separate cases, and due to the
number of depositions that need to be scheduled in the instant case, the date for completion of
all non-expert discovery in this matter be extended from December 1, 2008 to January 2, 2009.

IT IS SO STIPULATED:

Dated: October 30, 2008      THE LAW OFFICES OF BONNER & BONNER

By:    /s/Cabral Bonner
    CABRAL BONNER
    Attorneys for Plaintiffs

Dated: October 30, 2008      LONGYEAR, O'DEA & LAVRA, LLP

By:    /s/Jennifer Marquez
    JENNIFER MARQUEZ
    Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:  November 3, 2008

    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

Page 2

PDF created with pdfFactory trial version www.pdffactory.com