VAN LONGYEAR, CSB No. 84189
JENNIFER MARQUEZ, CSB No. 232194
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, CA. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento
(also erroneously sued herein as Sacramento County Sheriff's Department)
Craig Harmon, Brent Jarvis, Brett Spaid, Rebecca Purdy, Jeremy Day,
Kenneth Wight, Matthew Tallman, Andrew Croley, Kevin Jordan, Bill Myers, Donald Vagt and
Lou Blanas

# UNITED STATES DISTRICT COURT EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, REPRESENTATIVE; DWAYNELA' Ta'SHAY ZACHARY THOMAS; AUGUSTINE ZACHARY; SHAMIKA THOMAS; AILEEN ELDORA ZACHARY; DWAYNE ZACHARY; LARRY MARTWAINE ZACHARY; JOSHUA CLEARANCE ZACHARY<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as SACRAMENTO COUNTY SHERIFF; SACRAMENTO POLICE DEPARTMENT; ALBERT NAJERA, individually and in his official capacity as CHIEF OF POLICE OF THE CITY OF SACRAMENTO; SACRAMENTO SHERIFF OFFICERS DOES 1-49; SACRAMENTO POLICE OFFICES DOES 50-99; and ADDITIONAL DOES 100-150, inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-1652 MCE PAN<br><br>**STIPULATION REGARDING NON-EXPERT DISCOVERY DEADLINE AND ORDER** |

IT IS HEREBY STIPULATED between Plaintiffs, Estate of Dwayne Zachary, Linda

Lampkin, Representative; Dwaynela' Ta'shay Zachary Thomas; Augustine Zachary; Shamika

Thomas; Aileen Eldora Zachary; Dwayne Zachary; Larry Martwaine Zachary; Joshua Clearance

Zachary, by and through their attorney of record, Cabral Bonner and Samuel E. Brown of The Law Offices of Bonner & Bonner, and Defendants, County of Sacramento (also erroneously sued herein as Sacramento County Sheriff's Department); Lou Blanas, individually and as Sacramento County Sheriff; Sacramento Sheriff's Officers Brett Spaid, Craig Harmon, Matthew Tallman, Kevin Jordan, Brent Jarvis, Rebecca Purdy, Andrew Croley; Lt. Bill Myers; Jeremy Day; Donald Vagt; and Kenneth Wight, by and through their attorney of record, Van Longyear, of Longyear O'Dea & Lavra, LLP, that the discovery deadline extend from April 10, 2009 to May 30, 2009 for the following purpose:

  1. To complete the deposition of defendant Deputy Kevin Jordan ***only***.

  The pre-trial conference in this matter is currently scheduled for December 18, 2009 and the trial is scheduled for February 8, 2010.

**IT IS SO STIPULATED:**

Dated: April 15, 2009    THE LAW OFFICES OF BONNER & BONNER

              By: /s/ Samuel E. Brown
                  SAMUEL E. BROWN
                  Attorneys for Plaintiffs

Dated: April 15, 2009    LONGYEAR, O'DEA & LAVRA, LLP

              By: /s/ Van Longyear
                  VAN LONGYEAR
                  Attorneys for Defendants

  **IT IS SO ORDERED.**

Dated: April 21, 2009

                 MORRISON C. ENGLAND, JR.
                 UNITED STATES DISTRICT JUDGE