1  CHARLES A. BONNER, ESQ. SB# 85413
   A. CATHERINE LAGARDE, ESQ. SB# 209255
2  SAMUEL E. BROWN, ESQ. SB# 255842
   **LAW OFFICES OF BONNER & BONNER**
3  1913 BRIDGEWAY
   SAUSALITO, CA 94965
4  TEL: (415) 331-3070
   FAX: (415) 331-2738
5
   Attorneys For Plaintiffs
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 ESTATE OF DWAYNE ZACHARY, et al.,    **Case No: 2:06-CV-01652-MCE-PAN**

12                                      **STIPULATION REGARDING EXPERT**
                                        **DISCLOSURE DEADLINE AND ORDER**
13         Plaintiffs,

14    v.

15 COUNTY OF SACRAMENTO, et al.,

16         Defendants.
                                        /
17

18      The parties hereby stipulate to extend the expert disclosure deadline from June 10 to June 30,

19 2009.

20      IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective

21 attorneys of record, SAMUEL E. BROWN, attorney for plaintiffs, and VAN LONGYEAR, attorney

22 for defendants, as indicated by their signatures below, that due to pending receipt of deposition

23 transcripts, and due to pending production requests (necessary for both parties' expert's review) the

24 date for disclosure of expert witnesses in this matter be extended from June 10, 2009 to June 30,

25 2009.

26 ///

27 ///

28 ///

---

STIPULATION REGARDING EXPERT DISCLOSURE DEADLINE
AND [PROPOSED] ORDER

The pre-trial conference in this matter is currently scheduled for December 18, 2009. A joint pre-trial statement is currently due by November 25, 2009. Trial in this matter is currently scheduled for February 8, 2010.

**IT IS SO STIPULATED**

Dated: MAY 28, 2009           **LONGYEAR, O'DEA & LAVRA**

                              /s/ Van Longyear
                              VAN LONGYEAR, for Defendants

Dated: MAY 28, 2009           **LAW OFFICES OF BONNER & BONNER**

                              /s/ Samuel E. Brown
                              SAMUEL E. BROWN, for Plaintiffs

   **IT IS SO ORDERED**

Dated:  June 2, 2009

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE