1  VAN LONGYEAR, CSB No. 84189
   JENNIFER MARQUEZ, CSB No. 232194
2  Longyear, O'Dea and Lavra, LLP
   3620 American River Drive, Suite 230
3  Sacramento, CA. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants, County of Sacramento
   (also erroneously sued herein as Sacramento County Sheriff's Department)
6  Craig Harmon, Brent Jarvis, Brett Spaid, Rebecca Purdy, Jeremy Day,
   Kenneth Wight, Matthew Tallman, Andrew Croley, Kevin Jordan, Bill Myers, Donald Vagt and
7  Lou Blanas

8  **UNITED STATES DISTRICT COURT   EASTERN DISTRICT**

9  **OF CALIFORNIA SACRAMENTO DIVISION**

10

11  ESTATE OF DWAYNE ZACHARY, LINDA ) CASE NO. 2:06-CV-1652 MCE PAN
    LAMPKIN, REPRESENTATIVE; )
    DWAYNELA' Ta'SHAY ZACHARY )
12  THOMAS; AUGUSTINE ZACHARY; ) **STIPULATION FOR**
    SHAMIKA THOMAS; AILEEN ELDORA ) **MODIFICATION OF PRETRIAL**
13  ZACHARY; DWAYNE ZACHARY; LARRY ) **SCHEDULING ORDER AND ORDER**
    MARTWAINE ZACHARY; JOSHUA )
14  CLEARANCE ZACHARY )
                                      )
15        Plaintiffs,                 )
                                      )
16  vs.                               )
                                      )
17  COUNTY OF SACRAMENTO; CITY OF     )
    SACRAMENTO; SACRAMENTO COUNTY     )
18  SHERIFF'S DEPARTMENT; LOU BLANAS, )
    individually and in his official capacity as )
19  SACRAMENTO COUNTY SHERIFF;        )
    SACRAMENTO POLICE DEPARTMENT;     )
20  ALBERT NAJERA, individually and in his )
    official capacity as CHIEF OF POLICE OF )
21  THE CITY OF SACRAMENTO;           )
    SACRAMENTO SHERIFF OFFICERS DOES  )
22  1-49; SACRAMENTO POLICE OFFICES   )
    DOES 50-99; and ADDITIONAL DOES 100- )
23  150, inclusive,                   )
                                      )
24        Defendants.                 )
                                      )
25  _____ )

26        IT IS HEREBY STIPULATED between Plaintiffs, Estate of Dwayne Zachary, Linda

27  Lampkin, Representative; Dwaynela' Ta'shay Zachary Thomas; Augustine Zachary; Shamika

28  Thomas; Aileen Eldora Zachary; Dwayne Zachary; Larry Martwaine Zachary; Joshua Clearance

Zachary, by and through their attorney of record, Cabral Bonner and Samuel E. Brown of The Law Offices of Bonner & Bonner, and Defendants, County of Sacramento (also erroneously sued herein as Sacramento County Sheriff's Department); Lou Blanas, individually and as Sacramento County Sheriff; Sacramento Sheriff's Officers Brett Spaid, Craig Harmon, Matthew Tallman, Kevin Jordan, Brent Jarvis, Rebecca Purdy, Andrew Croley; Lt. Bill Myers; Jeremy Day; Donald Vagt; and Kenneth Wight, by and through their attorneys of record, Van Longyear and Jennifer Marquez of Longyear O'Dea & Lavra, LLP, to modify the scheduling order as follows:

Pursuant to the Scheduling Order (Doc. 66) the last day to disclose experts is June 30, 2009 and the last day to hear all dispositive motions is August 10, 2009. Since there would not be sufficient time to complete expert discovery prior to the last day to hear dispositive motions, the parties stipulate to extend the last day to hear all dispositive motions from August 10, 2009 to October 1, 2009.

The pre-trial conference in this matter is currently scheduled for December 18, 2009 and the trial is scheduled for February 8, 2010.

**IT IS SO STIPULATED:**

Dated: June 9, 2009          THE LAW OFFICES OF BONNER & BONNER

                             By: /s/ Samuel E. Brown
                                 SAMUEL E. BROWN
                                 Attorneys for Plaintiffs

///
///
///
///
///
///
///
///
///

1  Dated: June 9, 2009						LONGYEAR, O'DEA & LAVRA, LLP

2								By:    /s/ Jennifer Marquez
								       VAN LONGYEAR
3								       JENNIFER MARQUEZ
								       Attorneys for Defendants

6  **IT IS SO ORDERED.**

7  **Dated:  June 11, 2009**

								_____
9								**MORRISON C. ENGLAND, JR.**
								**UNITED STATES DISTRICT JUDGE**