1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

9

**OF CALIFORNIA SACRAMENTO DIVISION**

10

11

12

13

14

15

16

17

18

ESTATE OF DWAYNE ZACHARY, LINDA )    **CASE NO. 2:06-CV-1652 MCE PAN**
LAMPKIN, REPRESENTATIVE;                    )
DWAYNELA' Ta'SHAY ZACHARY          )    **STIPULATION FOR**
THOMAS; AUGUSTINE ZACHARY;        )    **MODIFICATION OF PRETRIAL**
SHAMIKA THOMAS; AILEEN ELDORA    )    **SCHEDULING ORDER** ; **ORDER**
ZACHARY; DWAYNE ZACHARY; LARRY )
MARTWAINE ZACHARY; JOSHUA           )
CLEARANCE ZACHARY                            )
                                                                     )
        Plaintiffs,                                          )
                                                                     )
 v.                                                                 )
                                                                     )
COUNTY OF SACRAMENTO, et al.            )
                                                                     )
        Defendants.                                        )
_____ )

19

20      Plaintiffs and Defendants by and through their respective counsel have filed a Stipulation

21   for Modification of the Pretrial Scheduling Order.  Good cause appearing, IT IS HEREBY

22   ORDERED that the last day to hear all dispositive motions is extended from October 1, 2009 to

23   October 22, 2009.

24

25      **IT IS SO ORDERED.**

26    Dated:  August 31, 2009

27

28
                                                     _____
                                                     MORRISON C. ENGLAND, JR.
                                                     UNITED STATES DISTRICT JUDGE