# UNITED STATES DISTRICT COURT  EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, REPRESENTATIVE; DWAYNELA' Ta'SHAY ZACHARY THOMAS; AUGUSTINE ZACHARY; SHAMIKA THOMAS; AILEEN ELDORA ZACHARY; DWAYNE ZACHARY; LARRY MARTWAINE ZACHARY; JOSHUA CLEARANCE ZACHARY<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>    Defendants.<br>_____ | **CASE NO. 2:06-CV-01652 MCE PAN**<br><br>**ORDER REGARDING DEFENDANTS' REQUEST TO EXCEED PAGE LIMIT REGARDING MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION** |

Defendants by and through counsel have filed a Request to Exceed Page Limit Regarding Motion for Summary Judgment and/or Summary Adjudication.  Good cause appearing, IT IS HEREBY ORDERED that defendants' request is granted.  Defendants may file a Memorandum of Points and Authorities in support of Motion for Summary Judgment and/or Adjudication not to exceed forty-five (45) pages.

///

///

Plaintiff's opposition is also limited to the same forty-five (45) page length. A reply, if any, shall not exceed fifteen (15) pages.

**IT IS SO ORDERED.**

Dated: September 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE