CHARLES A. BONNER, ESQ.  SB# 85413
A. CATHERINE LAGARDE, ESQ. SB# 209255
SAMUEL E. BROWN, ESQ. SB# 255842
**LAW OFFICES OF BONNER & BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DWAYNE ZACHARY, et al., | **Case No: 2:06-CV-01652-MCE-PAN** |
| Plaintiffs, | **STIPULATION TO CHANGE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| _____/ | |

The parties hereby stipulate to reschedule the hearing date for Defendants' Motion for Summary Judgment in light of the time needed to adequately and competently review, and respond to, Defendants' Motion and attached exhibits (over 450 pages), and in light of recent schedule changes.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, SAMUEL E. BROWN, attorney for plaintiffs, and VAN LONGYEAR, attorney for defendants, as indicated by their signatures below, that the date to hear Defendants' Motion for Summary Judgment be rescheduled from its current date, October 22, 2009, to November 19, 2009, and to reschedule the due dates for the Opposition and Reply Briefs according to the following:

Plaintiffs' Opposition Brief Due: October 26, 2009

Defendants' Reply Brief Due: November 12, 2009

///

The pre-trial conference has recently been rescheduled to September 2, 2010; the trial date has been moved to November 1, 2010. Those dates are not affected by this stipulation to extend.

**IT IS SO STIPULATED**

Dated: September 24, 2009     **LONGYEAR, O'DEA & LAVRA**

          /s/ Van Longyear
    VAN LONGYEAR, for Defendants

Dated: September 24, 2009     **LAW OFFICES OF BONNER & BONNER**

          /s/ Samuel E. Brown
    SAMUEL E. BROWN, for Plaintiffs

**IT IS SO ORDERED.**

Dated: September 29, 2009

    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE