**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, REPRESENTATIVE; DWAYNELA' Ta'SHAY ZACHARY THOMAS; AUGUSTINE ZACHARY; SHAMIKA THOMAS; AILEEN ELDORA ZACHARY; DWAYNE ZACHARY; LARRY MARTWAINE ZACHARY; JOSHUA CLEARANCE ZACHARY<br><br>        Plaintiffs,<br><br> v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>        Defendants. | **CASE NO. 2:06-CV-1652 MCE PAN**<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL OF PLAINTIFFS' FOURTH AND FIFTH CAUSES OF ACTION AGAINST ALL DEFENDANTS** |

Plaintiffs and Defendants by and through their respective counsel have filed a Stipulation for dismissal of Plaintiffs' Fourth Cause of action for conspiracy under 42 U.S.C. §1985 and Plaintiffs' Fifth Cause of Action, violation of the Unruh Civil Rights Act (Cal.Civil Code §52.1) to the Third Amended Complaint (Doc. 30) against all defendants.

///

///

///

///

Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Fourth and Fifth Causes of Action to the Third Amended Complaint against all defendants are dismissed.

**IT IS SO ORDERED.**

Dated: October 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE