VAN LONGYEAR, CSB No. 84189
JENNIFER MARQUEZ, CSB No. 232194
Longyear, O'Dea & Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento
(also erroneously sued herein as Sacramento County Sheriff's Department)
Craig Harmon, Brent Jarvis, Brett Spaid, Rebecca Purdy, Jeremy Day,
Kenneth Wight, Matthew Tallman, Andrew Croley, Kevin Jordan, Bill Myers, Donald Vagt and Lou Blanas

# UNITED STATES DISTRICT COURT  EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, REPRESENTATIVE; DWAYNELA' Ta'SHAY ZACHARY THOMAS; AUGUSTINE ZACHARY; SHAMIKA THOMAS; AILEEN ELDORA ZACHARY; DWAYNE ZACHARY; LARRY MARTWAINE ZACHARY; JOSHUA CLEARANCE ZACHARY<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as SACRAMENTO COUNTY SHERIFF; SACRAMENTO POLICE DEPARTMENT; ALBERT NAJERA, individually and in his official capacity as CHIEF OF POLICE OF THE CITY OF SACRAMENTO; SACRAMENTO SHERIFF OFFICERS DOES 1-49; SACRAMENTO POLICE OFFICES DOES 50-99; and ADDITIONAL DOES 100-150, inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-1652 MCE PAN<br><br>**STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER;  ORDER**<br><br>Pretrial Conference:  9/2/10 2:00 PM<br>Trial:                          11/1/10 |

Plaintiffs, by and through their attorney of record, Cabral Bonner of The Law Offices of Bonner & Bonner, and Defendants, by and through their attorney of record, Van Longyear of Longyear O'Dea & Lavra, LLP, stipulate to modification of the pretrial scheduling order.

Pursuant to the Court's Minute Order, dated September 15, 2009, Docket No. 84, the last

day to file a Joint Pretrial Conference Statement and evidentiary or procedural motions is August 12, 2010.  Due to several calendaring conflicts, the parties request the Court modify the pretrial scheduling order as follows:

- August 17, 2010    File and serve Evidentiary/Procedural Motions
- August 24, 2010    File and serve Oppositions to Evidentiary/Procedural Motions.  The parties will waive the right to file a reply to any opposition to any Evidentiary/Procedural Motion
- August 20, 2010     File Joint Pretrial Conference Statement

The pre-trial conference in this matter is currently scheduled for September 2, 2010.  The trial is scheduled for November 1, 2010.

**IT IS SO STIPULATED:**

Dated: August 10, 2010          THE LAW OFFICES OF BONNER & BONNER

By: /s/ *Cabral Bonner*
CABRAL BONNER
SAMUEL E. BROWN
Attorneys for Plaintiffs

Dated: August 10, 2010          LONGYEAR, O'DEA & LAVRA, LLP

By:   /s/ *Van Longyear*
VAN LONGYEAR
JENNIFER MARQUEZ
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:  August 13, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE