1  VAN LONGYEAR, CSB No. 84189
   JENNIFER MARQUEZ, CSB No. 232194
2  LONGYEAR, O'DEA AND LAVRA, LLP
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants, County of Sacramento
   (also erroneously sued herein as Sacramento County Sheriff's Department)
6  Craig Harmon, Brent Jarvis, Brett Spaid, Rebecca Purdy, Jeremy Day,
   Kenneth Wight, Matthew Tallman, Andrew Croley, Kevin Jordan, Bill Myers, Donald Vagt and
7  Lou Blanas

8  **UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

9  **OF CALIFORNIA SACRAMENTO DIVISION**

10

| | |
|---|---|
| 11  ESTATE OF DWAYNE ZACHARY, LINDA LAMPKIN, REPRESENTATIVE; DWAYNELA' Ta'SHAY ZACHARY THOMAS; AUGUSTINE ZACHARY; SHAMIKA THOMAS; AILEEN ELDORA ZACHARY; DWAYNE ZACHARY; LARRY MARTWAINE ZACHARY; JOSHUA CLEARANCE ZACHARY<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as SACRAMENTO COUNTY SHERIFF; SACRAMENTO POLICE DEPARTMENT; ALBERT NAJERA, individually and in his official capacity as CHIEF OF POLICE OF THE CITY OF SACRAMENTO; SACRAMENTO SHERIFF OFFICERS DOES 1-49; SACRAMENTO POLICE OFFICES DOES 50-99; and ADDITIONAL DOES 100-150, inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-1652 MCE PAN<br><br>**STIPULATION FOR RESCHEDULING SETTLEMENT CONFERENCE**<br><br>**ORDER**<br><br>Old Date:   9/22/10 - 1:30 PM<br>New Date:   9/20/10 - 1:45 PM<br>Courtroom:  26<br><br>**The Honorable Kimberly J. Mueller** |

Stipulation For Rescheduling Settlement Conference and Order
Page 1

1   PLAINTIFFS AND DEFENDANTS, by and through their respective counsel, stipulate to
2 the following:
3   Due to the unavailability of the claims representative for Defendants, the parties have
4 agreed to reschedule the settlement conference from September 22, 2010, at 1:30 PM to Monday,
5 September 20, 2010, at 1:45 PM before Magistrate Judge Kimberly J. Mueller.
6 **IT IS SO STIPULATED**.

8 Dated: September 13, 2010       THE LAW OFFICES OF BONNER & BONNER

10                                 By: */s/ Cabral Bonner*
                                       CABRAL BONNER
11                                     Attorneys for Plaintiffs

13 Dated: September 13, 2010       LONGYEAR, O'DEA & LAVRA, LLP

15                                 By: */s/ Van Longyear*
                                       VAN LONGYEAR
16                                     Attorneys for Defendants

19 **IT IS SO ORDERED.**

21 Dated: September 14, 2010.

                                       U.S. MAGISTRATE JUDGE

Stipulation For Rescheduling Settlement Conference and Order
Page 2